# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STI OILFIELD SERVICES, INC., | : |
| **Plaintiff,** | : |
| v. | : 3:13-CV-02923 |
| | : (JUDGE MARIANI) |
| ACCESS MIDSTREAM PARTNERS, et al., | : |
| **Defendants.** | : |

## ORDER

AND NOW, THIS **6th** DAY OF MARCH, 2017, upon consideration of the Chesapeake Defendants' Motion for Summary Judgment, (Doc. 78), **IT IS HEREBY ORDERED THAT:**

1. The Chesapeake Defendants' Motion for Summary Judgment, (Doc. 78), is **DENIED**.

2. **IT IS FURTHER ORDERED THAT** a telephone scheduling conference will be held on **Tuesday, March 21, 2017** at **11:30 p.m.** to schedule this case for trial. Counsel for Plaintiff is responsible for arranging the call to (570) 207-5750, and all parties should be ready to proceed before the undersigned is contacted.

/Robert D. Mariani
United States District Judge