THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STI OILFIELD SERVICES, INC., | : |
| Plaintiff, | : |
| v. | : 3:13-CV-02923 |
| | : (JUDGE MARIANI) |
| ACCESS MIDSTREAM PARTNERS, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 6th DAY OF MARCH, 2017, upon consideration of the Access Defendants' Motion for Summary Judgment, (Doc. 81), **IT IS HEREBY ORDERED THAT** the Motion, (Doc. 81), is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Access Defendants' Motion is **GRANTED** with respect to Count XI (Fraud) of Plaintiff's Complaint. The Clerk of the Court is directed to enter judgment **IN FAVOR** of the Access Defendants and **AGAINST** the Plaintiff on this claim.

2. The Access Defendants' Motion, in all other respects, is **DENIED.**

**IT IS FURTHER ORDERED THAT** a telephone scheduling conference will be held on **Tuesday, March 21, 2017** at **11:30 p.m.** to schedule this case for trial. Counsel for Plaintiff is responsible for arranging the call to (570) 207-5750, and all parties should be ready to proceed before the undersigned is contacted.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge