# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STI OILFIELD SERVICES, INC., | : |
| Plaintiff, | : |
| v. | : 3:13-CV-02923 |
| | : (JUDGE MARIANI) |
| ACCESS MIDSTREAM PARTNERS, L.P., et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 21st DAY OF JUNE, 2018, upon consideration of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, (Doc. 135), **IT IS HEREBY ORDERED THAT:**

1. The Defendants' Motion to Dismiss, (Doc. 135), is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. To the extent that Defendants' Motion seeks to dismiss Plaintiff's claims against Defendants Access Midstream Partners, L.P., and Appalachia Midstream Services, L.L.C., for lack of subject matter jurisdiction, the Motion is **GRANTED**.

    b. To the extent that Defendants' Motion seeks to have this court retain jurisdiction over Plaintiff's claims against Defendants Chesapeake Energy Corporation and Chesapeake Operating, Inc., the Motion is **DENIED**.

c. To the extent that Defendants' Motion seeks to vacate all prior orders and judgments entered in this case, the Motion is **DENIED**.

2. The above captioned matter is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of the Court is directed to **CLOSE** this case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Court Judge